MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-48599-GFK</u> |
| BROWN, TERRY ALLEN | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $ <u>3,513.78</u>, disbursements of $ <u>4.09</u>, and balance on hand of $ <u>3,509.69</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $ 878.45. The trustee has received $<u>0.00</u> for interim compensation, and $ <u>0.00</u> for reimbursement of interim expenses and requests an additional $ 878.45 for final compensation and an additional $ 72.56 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

    (a)    $3,509.69, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 878.45 | 434.65 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 72.56 | 35.90 |
| FOLEY & MANSFIELD PLLP* | TRUSTEE ATTORNEY FEES | 559.45 | 276.81 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 4,419.00 | 2,186.51 |
| UNITED STATES BANKRUPTY COURT | CLERK, U.S. BANKRUPTCY - OTHER | 250.00 | 123.70 |
| FOLEY & MANSFIELD LLP. | TRUSTEE ATTORNEY EXPENSES | 195.25 | 96.61 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 718.49 | 355.51 |
| | Total | 7,093.20 | 3,509.69 |

    (b)    $0.00 for priority creditors, in the order specified in §507(a) (2) -(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

    (c)    $0.00, for unsecured creditors allowed in the total amount of $ 0.00, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

|  Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|

7.  The trustee's distribution of gross receipts of $ <u>3,513.78</u> from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 434.65 | a. | Trustee Compensation |
| $ | 2,463.32 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 615.81 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 0.00 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 3,513.78 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 3,513.78 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.  The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  February 6, 2009           /e/ Randall L. Seaver
                                   RANDALL L. SEAVER, Trustee
                                   12400 PORTLAND AVENUE SOUTH
                                   SUITE 132
                                   BURNSVILLE, MN  55337
                                   (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: _April 10, 2009_____                       HABBO G. FOKKENA
                                                                                UNITED STATES TRUSTEE
                                                                                Region 12

                                                                                By:_ *Glenn D Swenson* __

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 05-48599 GFK Judge: Gregory F. Kishel  
Case Name: BROWN, TERRY ALLEN  
For Period Ending: 02/09/09  

Trustee Name: RANDALL L. SEAVER  
Date Filed (f) or Converted (c): 10/12/05 (f)  
341(a) Meeting Date: 12/08/05  
Claims Bar Date: 05/16/07  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HOMESTEAD (50% INTEREST) | 250,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 1996 4x4 CHEVY PICKUP | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. FIREARMS | 250.00 | 0.00 | DA | 0.00 | FA |
| INCONSEQUENTIAL SO DA | | | | | |
| 4. FISHING EQUIPMENT | 250.00 | 0.00 | DA | 0.00 | FA |
| INCONSEQUENTIAL SO DA | | | | | |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. SECURITY DEPOSITS | 700.00 | 650.00 | DA | 0.00 | FA |
| INCLUDED IN ITEM 15 | | | | | |
| 8. WAGES HELD AT FILING | 398.12 | 953.67 | DA | 0.00 | FA |
| INCLUDED IN ITEM #15 | | | | | |
| 9. 2005 TAX REFUNDS | 2,200.00 | 2,200.00 | | 2,051.40 | FA |
| 10. 2005 PROPERTY TAX REFUND (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| NONE | | | | | |
| 11. BANK ACCOUNTS | 300.00 | 1,852.02 | DA | 0.00 | FA |
| INCLUDED IN #15 | | | | | |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 23.84 | FA |
| 13. CASH ON HAND (u) | 0.00 | 60.00 | DA | 0.00 | FA |
| INCLUDED IN ITEM #15 | | | | | |
| 14. GARNISHED FUNDS (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| NONE | | | | | |

LFORM1

Ver: 14.21

| Case No: | 05-48599 GFK Judge: Gregory F. Kishel | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | BROWN, TERRY ALLEN | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | | 341(a) Meeting Date: | 12/08/05 |
| | | Claims Bar Date: | 05/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. JUDGMENT AGAINST DEBTOR (u) JUDGMENT RETAINED PER COURT ORDER | 0.00 | 3,515.69 | | 1,438.54 | 2,077.15 |
| TOTALS (Excluding Unknown Values) | $257,298.12 | $9,231.38 | | $3,513.78 | Gross Value of Remaining Assets $2,077.15 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

JUDGMENT VS DEBTOR. JUDGMENT INCLUDES ITEMS 7, 8, 10, 11 & 12.
TOM LALLIER HIRED TO COLLECT $3,515.69.

Initial Projected Date of Final Report (TFR): 06/30/07    Current Projected Date of Final Report (TFR): 08/31/09

LFORM1

Ver: 14.21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-48599 -GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BROWN, TERRY ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0456  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6827 | | |
| For Period Ending: | 02/09/09 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/07 | 9 | CYNTHIA LOUISE BROWN<br>7715 EASTWOOD RD<br>MOUNDS VIEW, MN  55112 | 2005 TAX REFUNDS | 1124-000 | 2,051.40 | | 2,051.40 |
| 02/28/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.72 | | 2,052.12 |
| 03/30/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.74 | | 2,053.86 |
| 04/30/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.69 | | 2,055.55 |
| 05/31/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.75 | | 2,057.30 |
| 06/29/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.68 | | 2,058.98 |
| 07/31/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.76 | | 2,060.74 |
| 08/31/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.75 | | 2,062.49 |
| 09/24/07 | 15 | FOLEY & MANSFIELD, PLLP<br>250 MARQUETTE AVE, SUITE 1200<br>MINNEAPOLIS, MN  55401 | SETTLEMENT PAYMENT | 1249-000 | 978.63 | | 3,041.12 |
| 09/28/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.37 | | 3,042.49 |
| 10/31/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.94 | | 3,044.43 |
| 11/30/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 1.63 | | 3,046.06 |
| 12/31/07 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.46 | | 3,047.52 |
| 01/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.21 | | 3,048.73 |
| 02/29/08 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.72 | | 3,049.45 |
| 03/13/08 | 15 | FOLEY & MANSFIELD PLLP<br>IOLTA ACCOUNT<br>250 MARQUETTE AVE SUITE 1200<br>MINNEAPOLIS, MN  55401 | SETTLEMENT PAYMENT | 1249-000 | 354.00 | | 3,403.45 |
| 03/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.75 | | 3,404.20 |
| 04/30/08 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 3,404.90 |
| 05/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.43 | | 3,405.33 |
| 06/12/08 | 000101 | INTERNATIONAL SURETIES LTD<br>SUITE 420 | TRUSTEE BOND PREMIUM<br>BOND #016018055 | 2300-000 | | 4.09 | 3,401.24 |

Page Subtotals  3,405.33  4.09

LFORM24

Ver: 14.21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48599 -GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BROWN, TERRY ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0456  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6827 | | |
| For Period Ending: | 02/09/09 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.42 | | 3,401.66 |
| 07/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.43 | | 3,402.09 |
| 08/29/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.42 | | 3,402.51 |
| 09/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.43 | | 3,402.94 |
| 10/14/08 | 15 | FOLEY & MANSFIELD | PAYMENT ON JUDGMENT | 1249-000 | 105.91 | | 3,508.85 |
| | | 250 MARQUETTE AVE, SUITE 1200 | | | | | |
| | | MINNEAPOLIS, MN  55401 | | | | | |
| 10/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.33 | | 3,509.18 |
| 11/28/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.28 | | 3,509.46 |
| 12/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 3,509.65 |
| 01/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,509.68 |
| 02/06/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,509.69 |
| 02/06/09 | | Transfer to Acct #*******0329 | Final Posting Transfer | 9999-000 | | 3,509.69 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,513.78 | 3,513.78 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,509.69 | |
| Subtotal | 3,513.78 | 4.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,513.78 | 4.09 | |

Page Subtotals       108.45       3,509.69

| Case No: | 05-48599 -GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BROWN, TERRY ALLEN | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******0329  Checking - Non Interest |
| Taxpayer ID No: | *******6827 |  |  |
| For Period Ending: | 02/09/09 | Blanket Bond (per case limit): | $ 18,736,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/06/09 |  | Transfer from Acct #*******0456 | Transfer In From MMA Account | 9999-000 | 3,509.69 |  | 3,509.69 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,509.69 | 0.00 | 3,509.69 |
| Less:  Bank Transfers/CD's | 3,509.69 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********0456 | 3,513.78 | 4.09 | 0.00 |
| Checking - Non Interest - ********0329 | 0.00 | 0.00 | 3,509.69 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 3,513.78 | 4.09 | 3,509.69 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      3,509.69      0.00

Ver: 14.21

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 05-48599   GFK  
Debtor Name: BROWN, TERRY ALLEN

Page 1

Date: February 9, 2009

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,509.69 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $3,509.69 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $3,509.69 |
| 000003 | FOLEY & MANSFIELD PLLP* | Admin | 025 | $559.45 | $0.00 | $559.45 | $276.81 | $3,232.88 |
| 000004 | FOLEY & MANSFIELD LLP. | Admin | 025 | $195.25 | $0.00 | $195.25 | $96.61 | $3,136.27 |
| 000005 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $4,419.00 | $0.00 | $4,419.00 | $2,186.51 | $949.76 |
| 000006 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $718.49 | $0.00 | $718.49 | $355.51 | $594.25 |
| 000006 | UNITED STATES BANKRUPCTY COURT | Admin | 025 | $250.00 | $0.00 | $250.00 | $123.70 | $470.55 |
| 000008 | RANDALL L. SEAVER, TRUSTEE. | Admin | 025 | $878.45 | $0.00 | $878.45 | $434.65 | $35.90 |
| 000009 | RANDALL L. SEAVER, TRUSTEE | Admin | 025 | $72.56 | $0.00 | $72.56 | $35.90 | $0.00 |
| << Totals >> | | | | $7,093.20 | $0.00 | $7,093.20 | $3,509.69 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

PROPDIST  
Printed: 02/09/09 06:16 PM    Ver: 14.21

# Compensation and Expenses Worksheet

**Case Number:** 05-48599 GFK
**Debtor:** BROWN, TERRY ALLEN

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $3,513.78

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $3,513.78 | 25% of First $5,000 | $878.45 |
| Less | - | $3,513.78 | ($1,250 Maximum) |  |
|  | Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | - | $0.00 | ($4,500 Maximum) |  |
|  | Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $878.45
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$878.45**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 259 pages @ 0.25 / page | $64.75 |
| POST: Postage 6 each @ 0.42 / each | $2.52 |
| POST: Postage 1 each @ 5.29 / each | $5.29 |

TOTAL EXPENSES CALCULATED: $72.56
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$72.56**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$951.01**

**DATED:** 02/06/09

SIGNED _____    TRUSTEE: RANDALL L. SEAVER
                                                  12400 PORTLAND AVENUE SOUTH
                                                  SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 05-48599 GFK
**Debtor:** BROWN, TERRY ALLEN

**BURNSVILLE, MN  55337**